M. GUSTINE RIESER, Respondent, *v.* THEODORE COMMEAU et al., Defendants, and J. C. VREELAND BUILDING COMPANY, Appellant.

*Rieser v. Commeau,* 129 App. Div. 490, affirmed.
(Argued March 16, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 12, 1909, affirming a judgment in favor of plaintiff

entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Frederick Hulse* and *M. A. Schenck* for appellant.

*J. Sidney Bernstein* and *Myer Nussbaum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.